UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLES DANIEL SUGDEN, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> A. NEIL CLARK, Field Office Director, U.S. ) <br> Immigration and Customs Enforcement, ) <br> ) <br> Respondent. ) <br> _____ ) | CASE NO. C10-735-TSZ <br><br> ORDER OF DISMISSAL |

The Court, having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, to which no objections have been filed, finds and Orders as follows:

   (1)   The Court adopts the Report and Recommendation, docket no. 14;

   (2)   Respondent's motion to dismiss (Dkt. 13) is GRANTED, and this action is DISMISSED with prejudice; and

   (3)   The Clerk shall send a copy of this Order to the parties and to Judge Theiler.

DATED this 22nd day of September, 2010.

*/s/ Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

ORDER OF DISMISSAL
PAGE -1